# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristel Lionberger,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-24-03731-PHX-KML<br><br>**ORDER** |

      Magistrate Judge Michael T. Morrissey issued a Report and Recommendation (R&R) recommending the decision of the Commissioner be reversed and this case remanded for further proceedings. (Doc. 20.) The deadline for objections to the R&R has passed and no objections were filed.

      **IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED**. The decision by the Commissioner is vacated and this matter is remanded for further administrative proceedings.

      **IT IS FURTHER ORDERED** the Clerk of Court shall enter final judgment consistent with this order and close this case.

      Dated this 28th day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge